UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MIGUEL ALBERTO SALAZAR, | ) | No. CV 18-8144-MWF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| W.L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: May 30, 2019

　　　　　　　　　　　　　　　　　　　　 MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE